UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                           CASE NO.: 14-01947-RNO
                                                                                             CHAPTER 13

Douglas R. Kiel,

    Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of U.S. BANK NATIONAL ASSOCIATION ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CITRON, LLC
BANKRUPTCY DEPARTMENT
130 CLINTON ROAD, SUITE 202
FAIRFIELD, NJ 07004

                                       RAS Citron, LLC
                                       Authorized Agent for Secured Creditor
                                       130 Clinton Road, Suite 202
                                       Fairfield, NJ 07004
                                       Telephone: 973-575-0707
                                       Facsimile: 973-404-8886
                                       By: /s/Kevin Buttery
                                       Kevin Buttery, Esquire
                                       Email: kbuttery@rascrane.com

17-116446 - KeB
KIEL, DOUGLAS
Request for Service

Page 1

Case 1:14-bk-01947-HWV     Doc 63     Filed 11/20/17     Entered 11/20/17 10:27:42     Desc
Page 1 of 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 17, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAWRENCE V. YOUNG
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK, PA 17401

DOUGLAS R. KIEL
480 MORITZ ROAD
ORRTANNA, PA 17353

CHARLES J DEHART, III
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

    RAS Citron, LLC
    Authorized Agent for Secured Creditor
    130 Clinton Road, Suite 202
    Fairfield, NJ 07004
    Telephone: 973-575-0707
    Facsimile: 973-404-8886
    By: /s/Kevin Buttery
    Kevin Buttery, Esquire
    Email: kbuttery@rascrane.com

17-116446 - KeB
KIEL, DOUGLAS
Request for Service
Page 2

Case 1:14-bk-01947-HWV    Doc 63    Filed 11/20/17    Entered 11/20/17 10:27:42    Desc
Page 2 of 2