**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

IN RE:                                                              CHAPTER  13
                                                                    CASE NO.: 1:14-bk-01947-HWV

**DOUGLAS R. KIEL,**
**aka DOUGLAS RAY KIEL,**


        Debtor,

_____/


**U.S. BANK NATIONAL ASSOCIATION,**

        Movant,

**v.**

**Douglas R. Kiel,**
**Charles J. DeHart, III**

        Respondents.

_____/

## CERTIFICATE OF NO RESPONSE

        The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 64, appears thereon.  It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: July 9, 2018

                                        Robertson, Anschutz & Schneid, PL
                                        6409 Congress Avenue, #100
                                        Boca Raton, FL 33487
                                        Tel: (561) 241-6901
                                        Fax: (561) 241 -1969

                                        By: /s/ Kevin Buttery
                                        Kevin Buttery, Esquire
                                        PA I.D. 319438
                                        kbuttery@rascrane.com
                                        Counsel for U.S. BANK NATIONAL
                                        ASSOCIATION