## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    DOUGLAS R. KIEL                              Case No.: 1-14-01947-HWV
                                                         Chapter 13

        Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                     **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PHH MORTGAGE CORPORATION |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 1329 |
| Property Address if applicable: | 480 MORITZ ROAD, , ORRTANNA, PA17353 |

**PART 2:**                     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,961.62 |
| b. | Prepetition arrearages paid by the Trustee: | $2,961.62 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,931.62 |

**PART 3:**                     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  June 13, 2019                                    Respectfully submitted,

                                                      s/ Charles J. DeHart, III, Trustee
                                                      Standing Chapter 13 Trustee
                                                      Suite A, 8125 Adams Drive
                                                      Hummelstown, PA  17036
                                                      Phone:  (717) 566-6097
                                                      Fax:  (717) 566-8313
                                                      eMail:  dehartstaff@pamd13trustee.com

Creditor Name: PHH MORTGAGE CORPORATION
Court Claim Number: 02

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 0020 | 1176179 | 11/08/2017 | $128.51 | $0.00 | $128.51 |
| 0020 | 1177567 | 12/05/2017 | $348.60 | $0.00 | $348.60 |
| 0020 | 1178994 | 01/11/2018 | $348.59 | $0.00 | $348.59 |
| 0020 | 1180373 | 02/08/2018 | $348.60 | $0.00 | $348.60 |
| 0020 | 1181732 | 03/08/2018 | $348.59 | $0.00 | $348.59 |
| 0020 | 1183102 | 04/03/2018 | $348.60 | $0.00 | $348.60 |
| 0020 | 1186226 | 05/15/2018 | $348.60 | $0.00 | $348.60 |
| 0020 | 1187506 | 06/07/2018 | $348.59 | $0.00 | $348.59 |
| 0020 | 1188911 | 07/12/2018 | $348.60 | $0.00 | $348.60 |
| 0020 | 1190277 | 08/09/2018 | $44.34 | $0.00 | $44.34 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DOUGLAS R. KIEL   Case No.: 1-14-01947-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 13, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| LAWRENCE V. YOUNG, ESQUIRE<br>135 NORTH GEORGE STREET<br>YORK PA, 17401- | SERVED ELECTRONICALLY |
| PHH MORTGAGE CORPORATION<br>2001 BISHOPS GATE BLVD<br>MOUNT LAUREL, NJ, 08054 | SERVED BY 1ST CLASS MAIL |
| DOUGLAS R. KIEL<br>480 MORITZ ROAD<br>ORRTANNA, PA 17353 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 13, 2019

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com