**Fill in this information to identify the case:**

Debtor 1    Douglas R. Kiel

            aka Douglas Ray Kiel

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Middle    District of    Pennsylvania
                                                                    (State)

Case number    1:14-bk-01947-HWV

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| **Part 1:** | **Mortgage Information** | **Statement / Response Date:** 06/19/2019 |
| --- | --- | --- |

**Name of creditor:**    PHH Mortgage Corporation

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:    1329

**Property address:**    480    Moritz Rd
                         Number    Street

                         Ortanna, Pennsylvania 17353
                         City                State        ZIP Code

| **Part 2:** | **Prepetition Default Payments** |
| --- | --- |

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

| **Part 3:** | **Postpetition Mortgage Payment** |
| --- | --- |

*Check one*:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    08/01/2019
                                                                MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:           (a)   $0.00

b.   Total fees, charges, expenses, escrow, and costs outstanding:   + (b)   $0.00

c.   **Total**. Add lines a and b.           (c)   $0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     _____

MM / DD / YYYY

---

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

---

## Part 5:   Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✗**   **/s/ Mukta Suri**             Date   **06/24/2019**

       Signature

Print     **Mukta Suri**                        Title   Authorized Agent for PHH Mortgage Corporation

        First Name     Middle Name      Last Name

Company   Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address     P.O. Box 9013

        Number         Street

        Addison, Texas 75001

        City                State            ZIP Code

Contact phone     (972) 643-6600        Email   POCInquiries@BonialPC.com

Form 4100R             **Response to Notice of Final Cure Payment**             page 2

OCF4100R201510    Case 1:14-bk-01947-HWV     Doc 74    Filed 06/24/19    Entered 06/24/19 12:19:14    8650 N 1396   Desc
Main Document     Page 2 of 3

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before June 24, 2019 via electronic notice unless otherwise stated.

**Debtor**                    *Via U.S. Mail*
Douglas R. Kiel
480 Moritz Road
Orrtanna, PA 17353-9718

**Debtors' Attorney**
Lawrence V. Young
CGA Law Firm
135 North George Street
York, PA  17401-1132

**Chapter 13 Trustee**
Charles J DeHart, III
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

Respectfully Submitted,

/s/  **Mukta Suri**
_____