**Sent:** Wednesday, June 19, 2019 12:27 PM
**To:** Lawrence Young
**Subject:** U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Douglas R. Kiel, Case Number: 14-01947, HWV, Ref: [p-136061752]

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

June 20, 2019

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Douglas R. Kiel, Case Number 14-01947, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737**

---

Undeliverable Address:
CERTIFIED RECOVERY SYSTEMS LLP

1

6161 SAVOY SUITE 600
HOUSTON, TX 77036

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

6161 SAVOY Drive
Houston, TX 77036

Undeliverable Address:
PENN CREDIT CORP.
P.O. BOX 988
HARRISBURG, PA 17108

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: PO BOX 69703, HARRISBURG PA 17106-9703
FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

2800 Commerce Drive
Harrisburg, PA 17110

Undeliverable Address:
PENN CREDIT CORPORATION
916 S 14TH ST
HARRISBURG, PA 17104

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2800 COMMERCE DR, HARRISBURG PA 17110-9307
FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

2800 Commerce Drive
Harrisburg, PA 17110

_____    6/24/2019
Signature of Debtor or Debtor's Attorney              Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

2