United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Douglas R. Kiel  
    Debtor

Case No. 14-01947-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: CourtneyG    Page 1 of 1    Date Rcvd: Aug 14, 2019  
    Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.  
db    +Douglas R. Kiel,    480 Moritz Road,    Orrtanna, PA 17353-9718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
    James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com  
    Jerome B Blank    on behalf of Creditor    PHH MORTGAGE CORPORATION pamb@fedphe.com  
    Joseph Angelo Dessoye    on behalf of Creditor    PHH MORTGAGE CORPORATION pamb@fedphe.com  
    Kevin   Buttery    on behalf of Creditor    U.S. Bank National Association kbuttery@rascrane.com  
    Kevin   Buttery    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION kbuttery@rascrane.com  
    Lawrence V. Young    on behalf of Debtor 1 Douglas R. Kiel lyoung@cgalaw.com,  
    tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com  
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
    TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Douglas R. Kiel,<br>aka Douglas Ray Kiel, | Chapter 13 |
| **Debtor 1** | Case No. 1:14–bk–01947–HWV |

Social Security No.:
xxx–xx–2172

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 14, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CourtneyGabriel, Deputy Clerk

**fnldec** (05/18)